## Petty Offense Minute Sheet—Roanoke Division

Defendant: _Lauren Lee Thomas_                  _Court hearing_
Counsel: _Fay Spence FPD_
Hearing date: _2/15/18_

PRESENT: Judge: Robert S. Ballou, U. S. Magistrate Judge
Deputy Clerk: K. Brown                   Time in court: _12:30 - 12:31_
Court Reporter: K. Brown/FTR
AUSA: Charlene Day
Ranger: _Wilson / Ritzdorf_

☑ Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
☐ Defendant waives counsel.
☐ Defendant requests appointment of counsel.   ☐ FPD  or  CJA  appointed.
☐ Motion for continuance by ☐ Defendant ☐ Government.  Court trial continued to _____.
☑ Motion to dismiss by  Defendant  ~~Government~~  _DMd_ .

| CASE NO(S). | OFFENSE CHARGED | PLEA | FINDINGS/SENTENCE |
|---|---|---|---|
| 717P0102 | _Poss of Marijuana_ | | _DMd_ |
| | | | |
| | | | |

☐ Defendant sworn, questioned and advised of rights on plea of guilty.  Government proffers/presents evidence to support plea and rests.  Defendant sentenced. (Judgment)

☐ Defendant sworn, questioned and advised of rights on plea of guilty.  Plea taken under advisement.  Defendant placed on terms and conditions and needs to report back to attorney. (Order TUA)

☐ Defendant sworn, questioned and advised of rights on plea of guilty.  Plea taken under advisement.  Defendant placed on pretrial release. (Order TUA Probation)

☐ Court trial held. (Judgment/Order Dismissing)

**Payment Schedule**  ☐ Today    ☐ 30 days    ☐ ____ days    ☐ other:

☐ Imprisonment as condition of probation ☐ weekends as directed by BOP   ☐ immediate confinement
☐ Defendant advised of rights on appeal
☐ 18 USC 3607

Aditional information:
_Previously appeared 11/16/17. Ct summonsed witness who_
_failed to appear._